```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 33924
     PERCILLA A HUNT
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-3324

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/25/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
BALABAN FURNITURE        SECURED            550.00         58.11         550.00
DRIVE FINANCIAL SERVICES SECURED           8112.15       1126.70        8112.15
74TH STREET DEPOT FEDERA UNSECURED         2561.45           .00        2561.45
MIDWEST ORTHOPEDIC       UNSECURED         1626.00           .00        1626.00
OAK LAWN RADIOLOGISTS    UNSECURED       NOT FILED           .00             .00
QUALITY WHEELCHAIR TRANS UNSECURED       NOT FILED           .00             .00
74TH STREET DEPOT FEDERA SECURED NOT I     2095.02           .00             .00
BALABAN FURNITURE        UNSECURED          852.80           .00         852.80
PETER FRANCIS GERACI     DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN               TRUSTEE                                       1,204.39
DEBTOR REFUND            REFUND                                          499.51

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 19,291.11

PRIORITY                                                .00
SECURED                                            8,662.15
    INTEREST                                       1,184.81
UNSECURED                                          5,040.25
ADMINISTRATIVE                                     2,700.00
TRUSTEE COMPENSATION                               1,204.39
DEBTOR REFUND                                        499.51
                        --------------         --------------
TOTALS                  19,291.11                 19,291.11



               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 33924 PERCILLA A HUNT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/16/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE